UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF VIRGINIA (Harrisonburg Division)

In re: Amy J. Heinrich, Debtor.

Case No: 26-60545

Chapter: 13

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

**MAY 1 1 2026**

By _____ 12:47 pm
DEPUTY CLERK

MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

TO THE HONORABLE REBECCA B. CONNELLY, U.S. BANKRUPTCY JUDGE:

I, Amy J. Heinrich, the Debtor in this matter, respectfully move this Court for an extension of time to file the remaining schedules and statements required by my Chapter 13 petition. My current deadline for submission is May 12, 2026.

I am requesting a **30-day extension** based on the following:

1. While I am experienced in managing complex professional tasks and paperwork, the specific legal requirements and the formulation of a Chapter 13 Plan involve technical complexities that I believe require professional counsel to ensure my filing is in full compliance with the Court's standards.
2. I have been diligently working through the list of attorneys provided to me by the Court via mail. I have contacted potential representation from that list; however, I was recently turned down, which has caused an unexpected delay in finalizing my filing.
3. I am continuing to seek further legal representation to ensure this case is handled with the necessary accuracy and professionalism. I simply require additional time to secure new counsel and complete the remaining documentation.
4. This request is made in good faith to ensure the integrity of my financial disclosures and is not intended for the purpose of undue delay.

WHEREFORE, I respectfully request that the Court enter an order extending the deadline for all remaining schedules, statements, and the Chapter 13 Plan to **June 11, 2026.**

Dated: May 11, 2026

Respectfully submitted,

Amy J. Heinrich

5072 Green Creek Road

Schuyler, VA 22969

[434-831-1059 or 434-989-0416]

**Ashleigh Davids**

| | |
|---|---|
| **From:** | VAWB CM Helpdesk |
| **Sent:** | Monday, May 11, 2026 1:02 PM |
| **To:** | Ashleigh Davids |
| **Subject:** | FW: Motion for Extension of Time |
| **Attachments:** | 20260511_122759.jpg |

Please print, date stamp, scan, docket, and file the attached.

Thanks
Janet

Janet L. Jenkins
Data Quality Analyst, II
USBC-WDVA
540-795-6322 (direct line)

**From:** hoover98 <hoover98@proton.me>
**Sent:** Monday, May 11, 2026 12:48 PM
**To:** VAWB CM Helpdesk <CMHelpdesk@vawb.uscourts.gov>
**Subject:** RE: Motion for Extension of Time

**CAUTION - EXTERNAL:**

## Dear Clerk of Court / Chambers of Judge Connelly,

Case#26-60545

Please find the attached Motion for Extension of Time to File Required Documents regarding the above-referenced case. This motion has been assigned to the Honorable Rebecca B. Connelly for review.

I would appreciate it if you could confirm receipt of this filing.

Respectfully,

Amy J. Heinrich

434-831-1059
434-989-0416

1

Sent from Proton Mail for Android.

-------- Original Message --------
On Wednesday, 04/29/26 at 13:56 hoover98 <hoover98@proton.me> wrote:

Sent from Proton Mail for Android.

-------- Original Message --------
On Wednesday, 04/29/26 at 12:29 VAWB CM Helpdesk
<CMHelpdesk@vawb.uscourts.gov> wrote:

Good afternoon,

I have attached the case docket sheet for your case filed yesterday under case
number 26-60545.

Kristen White, Courtroom Deputy

for the Honorable Rebecca B. Connelly

U.S. Bankruptcy Court

Western District of Virginia

210 Church Ave., SW, Room 200

Roanoke, VA  24011

Direct dial: 540-795-6323

2

**From:** hoover98 <hoover98@proton.me>
**Sent:** Wednesday, April 29, 2026 11:56 AM
**To:** VAWB CM Helpdesk <CMHelpdesk@vawb.uscourts.gov>
**Subject:** Re: Emergency Petition

**CAUTION - EXTERNAL:**

I'm reaching back out to you all and concerns of a case number. Can someone please get back with me and concerns? If the information has been put into system and if a case number has been issued , this is very important and at emergency states. Thank you for your quick response

Amy Heinrich

Sent from Proton Mail for Android.

-------- Original Message --------
On Tuesday, 04/28/26 at 15:26 hoover98 <hoover98@proton.me> wrote:

> The attachment size will not include all attacks in one email. I have to send an additional email with the remainder of the documents.

> Attached to this email, you will find the documents for my emergency petition for bankruptcy where I'm filing The skeleton petition included will be my certificate of the counseling class. The skeleton of the voluntary petition for individuals, filing for bankruptcy. You'll find the so security number statement. You'll also find the form for the application for The filing fee and installments. Also , the creditor matrix will be attached. I greatly appreciate everything that you're doing for me. I'll be awaiting that case number

3

Thanks in advance

Amy Jo Heinrich

God Bless

Sent from Proton Mail for Android.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when ope
attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

4