**SIGNED THIS 13th day of May, 2026**

_Rebecca B Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

**In re:**
**AMY JO HEINRICH,**                                               **Chapter 13**
    **Debtor.**                                 **Case No. 26-60545**

### ORDER

On April 28, 2026, Amy Jo Heinrich, appearing pro se, filed a voluntary chapter 13 petition. _See_ ECF Doc. No. 1. Ms. Heinrich failed to file most of the required bankruptcy forms. The day after Ms. Heinrich filed her petition, the Court issued a deficiency order granting her until May 12, 2026, to file the outstanding required documents, or her case would be dismissed. _See_ ECF Doc. No. 7.

Currently, the Court's docket reflects that Ms. Heinrich has <u>not</u> filed the following required documents for this chapter 13 case:

1. Certain required schedules including:

   a. Schedule A/B: Property (Official Form 106A/B)

   b. Schedule C: The Property You Claim as Exempt (Official Form 106C)

   c. Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D)

d.  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)

e.  Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)

f.  Schedule H: Your Codebtors (Official Form 106H)

g.  Schedule I: Your Income (Official Form 106I)

h.  Schedule J: Your Expenses (Official Form 106J)

i.  Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)

j.  Declaration About an Individual Debtor's Schedules (Official Form 106Dec)

k.  Statement of Financial Affairs (Official Form 107)

2.  Statement of Current Monthly Income (Official Form 122C-1)

3.  A chapter 13 plan

On May 12, 2026, Ms. Heinrich filed a motion asking for a 30-day extension of time to file the required documents so she could retain counsel. *See* ECF Doc. No. 14. The Court will grant this extension; however, Ms. Heinrich must cure these deficiencies to proceed with her case. If Ms. Heinrich intends to file a chapter 13 plan, she must prepare the chapter 13 plan using the correct chapter 13 plan form. The form (Official Form 113) is available from the U.S. Courts website at https://www.uscourts.gov/forms/individual-debtors/chapter-13-plan.

Accordingly, it is

**O R D E R E D**

that Ms. Heinrich's motion to extend deadline to file schedules, ECF Doc. No. 14, is

**GRANTED**. It is also

**O R D E R E D**

that Ms. Heinrich must file the required documents on or before June 11, 2026.  **If Ms.**

**Heinrich fails to cure these deficiencies by June 11, 2026, this case may be dismissed without**

**further notice or hearing.**

Copies of this order are directed to be sent to the debtor by first-class mail at 5072 Green

Creek Rd., Schuyler, VA 22969, and by electronic mail to the chapter 13 trustee and the Office of

the United States Trustee.

**End of Order**